# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0873
_____

DARRYL C. DANIELS,

   Appellant,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS,

   Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Jonathan Sjostrom, Judge.

June 14, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Darryl C. Daniels, pro se, Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.